ACCEPTED
12-14-00289-cv
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/19/2015 3:22:57 PM
CATHY LUSK
CLERK

## No. 12-14-00289-CV

| | | |
|---|---|---|
| **ALLSTATE TEXAS LLOYDS,** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **Appellant,** | § | 12th COURT OF APPEALS |
| | § | TYLER, TEXAS |
| **v.** | § | **TWELFTH DISTRICT OF TEXAS** |
| | § | |
| **SUSIE SMITH,** | § | |
| | § | |
| **Appellee.** | § | **SITTING IN TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/19/2015 3:22:57 PM
CATHY S. LUSK
Clerk

### APPELLANT'S MOTION TO DISMISS APPEAL

The parties have resolved this case, which renders pursuit of this appeal unnecessary. Accordingly, Appellant requests that the Court dismiss this appeal.

### PRAYER

Appellant requests that the Court dismiss its appeal, with costs taxed against the party incurring same.

Respectfully submitted,

/s/ Michael A. Yanof
Michael A. Yanof
State Bar No. 24003215
Email: myanof@thompsoncoe.com
Roger D. Higgins
State Bar No. 09601500
Cassie J. Dallas
State Bar No. 24074105
Thompson, Coe, Cousins & Irons, L.L.P.
700 North Pearl St., 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200

**ATTORNEYS FOR APPELLANT**
**ALLSTATE TEXAS LLOYDS**

## CERTIFICATE OF CONFERENCE

Counsel for Appellant has conferenced with counsel for Appellee, and Appellee agrees to this Motion.

/s/ Michael A. Yanof
Michael A. Yanof

## CERTIFICATE OF SERVICE

I certify that I have served a true and correct copy of the foregoing document to the counsel listed below by electronic service this 19th day of January, 2015.

Scott W. Wert
Bailey & Galyen
1300 Summit Avenue, Suite 650
Fort Worth, Texas 76102
swert@galyen.com
*Counsel for Appellee*

/s/ Michael A. Yanof
Michael A. Yanof

2141107v1
03644.816